HARMEET K. DHILLON, ESQ. (SBN: 207873)
Harmeet@dhillonsmith.com
PRIYA D.BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sanat Kumar Sethy, Geetup, Inc.,
and Geetup Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**San Francisco Division**

| | |
|---|---|
| CLOCKWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> SANAT KUMAR SETHY et al., <br><br> Defendants. | **Case Number:** 13-CV-00672 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE** <br><br> **Honorable Jeffrey S. White** |

IT IS HEREBY STIPULATED between Plaintiff Clockware Inc. ("Clockware") and Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. (collectively, "Defendants") ("Parties"), acting through their respective counsel, that:

1. On February 14, 2013, Clockware filed a Complaint against Defendants. Defendants acknowledge notice of this suit, and stipulate to the receipt of the same.

---

**Stipulation and [Proposed] Order**        1        **13-CV-00672 JSW**
**Extending Time to Answer**

2. The Case Management Conference in the above-captioned matter is scheduled for May 31, 2013 at 1:30 p.m. Settlement negotiations are ongoing between the Plaintiff's and Defendants' counsel. Counsel is in frequent contact to discuss the settlement positions. The Parties believe that a settlement may be reached in such a fashion. For the furtherance of settlement negotiations, the Parties agreed that the Case Management Conference shall be continued 30 days

3. Plaintiff's counsel spoke with Defendants' counsel, and the Parties agreed that the time within which Defendants shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes June 16, 2013.

Dated: May 10, 2013            Respectfully Submitted,

                                        JAVID RUBENS LLP

                                        By:
                                             /s/ Arman Javid
                                         Arman Javid (SBN 191572)
                                         Attorneys for Plaintiff

Dated: May 10, 2013            Respectfully submitted,

                                        DHILLON & SMITH LLP

                                        By:
                                           /s/ Priya D. Brandes
                                         Priya D. Brandes (SBN 286714)
                                         Attorneys for Defendants

I, Priya D. Brandes, hereby attest, pursuant to N.D. Cal. General Order No. 45 and Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                        By:     /s/ Priya D. Brandes
                                                  Priya D. Brandes (SBN 286714)

**ORDER**

IT IS HEREBY ORDERED:

That the time within which Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes June 16, 2013. That the date of the Case Management Conference shall be extended 30 days, or as otherwise determined by this Court. The parties are HEREBY ORDERED to appear for an initial case management conference on June 21, 2013 at 1:30 p.m. The parties' joint case management statement shall be due on June 14, 2013.

Dated: May 13, 2013

_____
The Honorable Jeffrey S. White