HARMEET K. DHILLON, ESQ. (SBN: 207873)
Harmeet@dhillonsmith.com
PRIYA D.BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sanat Kumar Sethy, Geetup, Inc.,
and Geetup Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| CLOCKWARE INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SANAT KUMAR SETHY et al.,<br><br>　　　　Defendants. | **Case Number:** 13-CV-00672 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>**Honorable Jeffrey S. White** |

　　　　IT IS HEREBY STIPULATED between Plaintiff Clockware Inc. ("Clockware") and Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. (collectively, "Defendants") ("Parties"), acting through their respective counsel, that:

　　　　1.　　On February 14, 2013, Clockware filed a Complaint against Defendants. Defendants acknowledge notice of this suit, and stipulate to the receipt of the same.

---

**Stipulation and [~~Proposed~~] Order　　　　　1　　　　　13-CV-00672 JSW
Extending Time to Answer**

2. The Case Management Conference in the above-captioned matter was initially scheduled for May 31, 2013 at 1:30 p.m. The Case Management Conference was continued to June 21, 2013, by way of a stipulation. Settlement negotiations are ongoing between the Plaintiff's and Defendants' counsel. Counsel is in daily contact to discuss their respective settlement positions; counsel have exchanged settlement terms and agreed on the fundamental outlines of a resolution. The Parties believe that a settlement may be reached soon in such a fashion. For the furtherance of settlement negotiations, the Parties agreed that the Case Management Conference shall be continued 60 days.

3. Plaintiff's counsel spoke with Defendants' counsel, and the Parties agreed that the time within which Defendants shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes August 15, 2013.

Dated: June 13, 2013          Respectfully Submitted,

                              JAVID RUBENS LLP

                              By:
                                  /s/ Arman Javid
                                  Arman Javid (SBN 191572)
                                  Attorneys for Plaintiff

Dated: June 13, 2013          Respectfully submitted,

                              DHILLON & SMITH LLP

                              By:
                                  /s/ Priya D. Brandes
                                  Priya D. Brandes (SBN 286714)
                                  Attorneys for Defendants

I, Priya D. Brandes, hereby attest, pursuant to N.D. Cal. General Order No. 45 and Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Stipulation and [Proposed] Order Extending Time to Answer**          2          **13-CV-00672 JSW**

By: /s/ Priya D. Brandes
Priya D. Brandes (SBN 286714)

**ORDER**

IT IS HEREBY ORDERED:

That the time within which Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes August 15, 2013. That the date of the Case Management Conference shall be ~~extended 60 days, or as otherwise determined by this Court.~~ CONTINUED to August 30, 2013 at 1:30 p.m. The parties shall file a joint case management statement on or before August 23, 2013.

Dated: June 13, 2013

_____
The Honorable Jeffrey S. White