HARMEET K. DHILLON, ESQ. (SBN: 207873)
Harmeet@dhillonsmith.com
PRIYA D.BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sanat Kumar Sethy, Geetup, Inc.,
and Geetup Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| CLOCKWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SANAT KUMAR SETHY et al.,<br><br>Defendants. | **Case Number:** 13-CV-00672 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE** AS MODIFIED HEREIN<br>**Honorable Jeffrey S. White** |

IT IS HEREBY STIPULATED between Plaintiff Clockware Inc. ("Clockware") and Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. (collectively, "Defendants") ("Parties"), acting through their respective counsel, that:

1. On February 14, 2013, Clockware filed a Complaint against Defendants. Defendants acknowledge notice of the suit, and stipulate to the receipt of the same. Defendants

---

**Stipulation and [Proposed] Order**     1     **13-CV-00672 JSW**
**Continuing Case Management Conference**

have not answered the Complaint to date because the parties have negotiated a settlement in principle.

2. The Case Management Conference in the above-captioned matter is scheduled for August 30, 2013 at 1:30 p.m.

3. The parties recently negotiated a settlement and exchanged a draft settlement agreement. The Parties expect to reach a signed settlement agreement in the next 10 days. Pursuant to the proposed settlement, Plaintiff will dismiss the Complaint. In order to finalize the settlement and conserve the Court's resources, the Parties agree that the Case Management Conference and all related deadlines shall be continued 60 days.

4. The Parties agree that the time within which Defendants shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes September 16, 2013.

Dated: August 26, 2013        Respectfully Submitted,

JAVID RUBENS LLP

By:
/s/ Arman Javid
Arman Javid (SBN 191572)
Attorneys for Plaintiff

Dated: August 26, 2013        Respectfully submitted,

DHILLON & SMITH LLP

By:
/s/ Priya D. Brandes
Priya D. Brandes (SBN 286714)
Attorneys for Defendants

I, Priya D. Brandes, hereby attest, pursuant to N.D. Cal. General Order No. 45 and Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**Stipulation and [Proposed] Order**        2        **13-CV-00672 JSW**
**Continuing Case Management Conference**

By:     <u>/s/ Priya D. Brandes</u>
           Priya D. Brandes (SBN 286714)

**ORDER**

IT IS HEREBY ORDERED:

The deadline for Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. to answer or otherwise move in response to Plaintiff's Complaint is extended through and includes September 16, 2013. ~~The date of the Case Management Conference shall be extended 60 days, or as otherwise determined by this Court.~~ If the parties have not filed a dismissal by September 30, 2013, they shall file a joint case management statement on October 4, 2013, and shall appear for a case management conference on October 11, 2013 at 1:30 p.m.

Dated: <u>August 26, 2013</u>         <u>/s/ Jeffrey S. White</u>
                                       The Honorable Jeffrey S. White