HARMEET K. DHILLON, ESQ. (SBN: 207873)
Harmeet@dhillonsmith.com
PRIYA D.BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Defendants
Sanat Kumar Sethy, Geetup, Inc.,
and Geetup Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| CLOCKWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> SANAT KUMAR SETHY et al., <br><br> Defendants. | **Case Number:** 13-CV-00672 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER AND CONTINUING THE CASE MANAGEMENT CONFERENCE** <br><br> **Honorable Jeffrey S. White** |

IT IS HEREBY STIPULATED between Plaintiff Clockware Inc. ("Clockware") and Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. (collectively, "Defendants") ("Parties"), acting through their respective counsel, that:

1. On February 14, 2013, Clockware filed a Complaint against Defendants. Defendants acknowledge notice of the suit, and stipulate to the receipt of the same. Defendants have not answered the Complaint to date because the parties have been negotiating a settlement.

---

**Stipulation and [Proposed] Order**        1        **13-CV-00672 JSW**
**Continuing Case Management Conference**

2. The parties executed a Settlement Agreement on September 17, 2013, which is expected to lead to the dismissal of all claims within 10 days upon Defendants satisfying certain requirements and making an initial settlement payment.

3. The Case Management Conference, per recent Court order, is scheduled for October 11, 2013 at 1:30 p.m.; the Defendants' answer was due on September 15, 2013.

4. In order to provide Defendants the necessary time to satisfy certain settlement requirements, the Parties agree that the Case Management Conference and all related deadlines shall be continued 60 days.

5. The Parties agree that the time within which Defendants shall answer or otherwise move in response to Plaintiff's Complaint is extended through and includes October 31, 2013.

Dated: September 18, 2013      Respectfully Submitted,

JAVID RUBENS LLP

By: /s/ Arman Javid  
Arman Javid (SBN 191572)  
Attorneys for Plaintiff

Dated: September 18, 2013      Respectfully submitted,

DHILLON & SMITH LLP

By: /s/ Priya D. Brandes  
Priya D. Brandes (SBN 286714)  
Attorneys for Defendants

I, Priya D. Brandes, hereby attest, pursuant to N.D. Cal. General Order No. 45 and Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: /s/ Priya D. Brandes  
Priya D. Brandes (SBN 286714)

**Stipulation and [Proposed] Order**     2     **13-CV-00672 JSW**  
**Continuing Case Management Conference**

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:

The deadline for Defendants Sanat Kumar Sethy, Geetup, Inc., and Geetup Systems, Inc. to answer or otherwise move in response to Plaintiff's Complaint is extended through and includes October 31. The date of the Case Management Conference ~~shall be extended 60 days, or as otherwise determined by this Court.~~ is CONTINUED to December 13, 2013 at 1:30 p.m.

Dated: September 25, 2013

_____
The Honorable Jeffrey S. White

**Stipulation and [Proposed] Order
Continuing Case Management Conference**     3     **13-CV-00672 JSW**